**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. NATIONAL UNION INSURANCE COMPANY, Respondent.**

**SAME v. INTERNATIONAL INSURANCE COMPANY, Respondent.**

Nos. 10795, 10796.

Circuit Court of Appeals, Ninth Circuit.

June 12, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Allan K. Perry, of Phoenix, Ariz., for respondents.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner in each of above causes for dismissal of the petition to reveiw in each cause, the motions being consented to by counsel for the respective respondents, and good cause therefor appearing, it is ordered that such motions be, and each hereby is, granted, that a judgment of dismissal be filed in each cause and recorded in the minutes of this Court, and that the mandate of this court in each cause issue forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ORDER OF RAILWAY EMPLOYEES, a Corporation, Respondent.**

No. 10803.

Circuit Court of Appeals, Ninth Circuit.

June 19, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Hartley F. Peart and Howard Hassard, both of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner, for dismissal of the petition to review herein, and consent of respondent thereto, and good cause therefor appearing, it is ordered that the motion be, and hereby is, granted, and that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.